DORIS SWIFT, an Infant, and SARAH SWIFT, Substituted as a Party Plaintiff, etc., Respondents, v. THE CITY OF NEW YORK and Another, Defendants, and BRONX WATER WORKS CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

TRUST COMPANY OF NORTH AMERICA, Appellant, v. A. HAMMER COOPERAGE CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HENRY VANDERKOOGH, Respondent, v. PRUDENTIAL FARMS OF NASSAU COUNTY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

WATER RIGHT AND ELECTRICAL COMPANY, INC., and Another, Respondents, v. ROCKLAND LIGHT AND POWER COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

GUARANTY TRUST COMPANY OF NEW YORK and Another, as Cotrustees of the Estate of ALFRED E. OMMEN, Deceased, Respondents, v. LINA FISCHBACH, Also Known as LENA FISCHBACH, and Another, Appellants.— Order granting plaintiffs' motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.